Northrup and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re ARMSTRONG'S WILL. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) In the matter of the probate of the last will and testament of Harriette C. Armstrong, deceased.

PER CURIAM. Decree and order affirmed, with costs and disbursements. See, also, 137 App. Div. 932, 123 N. Y. Supp. 1105.

ROBSON, J., dissents.

BAKER v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Term. January 5, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Clare Baker against the Consolidated Gas Company. From a judgment for defendant, plaintiff appeals. Affirmed. Wallenstein & Armstrong, for appellant. Stuart H. Benton, for respondent.

PER CURIAM. There was sufficient evidence to support the finding of the jury in behalf of the defendant. The witness Walsh testified that the plaintiff told him shortly after the accident that she was in the next room at the time of the explosion and was not hurt. The jury evidently believed this testimony, and there is no reason shown for disturbing their conclusion. Judgment affirmed, with costs.

BRADY, J., taking no part.

BAKER CART CO., Respondent, v. JAMESVILLE MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by the Baker Cart Company against the Jamesville Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

In re BALDWIN'S WILL. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of the probate of the alleged last will and testament of Charles Dean Baldwin, deceased.

PER CURIAM. Decree of the Surrogate's Court of Kings County (67 Misc. Rep. 329, 124 N. Y. Supp. 612) affirmed, with costs, on the opinion of Ketcham, Surrogate.

JENKS, J., taking no part.

BANCHETTI, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Giovanni Banchetti, as administrator, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

BARRY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Nannie J. Barry against the City of New York. T. Connoly, for appellant. G. M. Curtis, for respondent. No opinion. Judgment affirmed, with costs, on People ex rel. Pardee v. Coggey, 132 App. Div. 268, 117 N. Y. Supp. 65. Order filed.

126 N.Y.S.—71

BAUM, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Annie Baum, as administratrix, against Giuseppe Gallo and another. H. S. Marshall, for appellants. H. G. Smyth, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BECK v. STAUDT. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Elizabeth M. Beck against John Staudt, as executor; Frederick W. Huber and others, applicants. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 App. Div. 481, 125 N. Y. Supp. 430.

In re BEEVER'S WILL. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) In the matter of the probate of the last will and testament of William Beever, deceased. No opinion. Decree affirmed, with costs against appellants.

BELLOCK et al., Respondents, v. WEITZER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by David Bellock and another against Jacob Weitzer. No opinion. Motion to dismiss appeal denied, without costs, on condition that the appellant pay $10 and appeal is placed at the foot of the January calendar.

BENNETT, Appellant, v. STOUT, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by Albert J. Bennett against J. Neal Stout.

PER CURIAM. Order, so far as appealed from, reversed, with $10 costs and disbursements, and motion to change venue denied, with $10 costs, without prejudice to another motion to change venue when the issue is finally settled.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate for and on behalf of the city of New York, under chapter 724 of the Laws of 1905 and the acts amendatory thereof, in the towns of Olive, Marbletown, and Hurley, Ulster county, N. Y., for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York.

PER CURIAM. Order affirmed with $10 costs and disbursements. See, also, 124 N. Y. Supp. 575, 716; 68 Misc. Rep. 70, 124 N. Y. Supp. 726; 139 App. Div. 922, 124 N. Y. Supp. 1110.

SMITH, P. J., dissents.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Sec-

ond Department. November 23, 1910.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate for and on behalf of the city of New York, in the town of Mt. Pleasant, etc., for the construction of Catskill Aqueduct (Hannah J. Pierce, appellant). No opinion. Motion for reargument denied, without costs. For former opinion, see 140 App. Div. 257, 125 N. Y. Supp. 128.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Third Department. December 7, 1910.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., under chapter 724 of the Laws of 1905, etc., in the towns of Olive and Hurley, Ulster county, N. Y., for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York. Ashokan Reservoir, section No. 16. Third application for commissioners' compensation. David C. Robinson and James J. Frawley, commissioners. PER CURIAM. Application for postponement denied; Robinson and Frawley having consented in open court that pages 24 and 25 in the record already printed be deemed before the court for all the purposes of the appeal. Either party may, within ten days, file brief upon the appeal from the order, which is deemed submitted to the court, a copy of such brief to be served upon the adversary, and within three days appellant to file and serve printed cases. See, also, 123 N. Y. Supp. 217.

BERARDINI, Respondent, v. BERARDINI, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Mary Berardini against Michael Berardini. C. E. Le Barbier, for appellant. L. L. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERNSTEIN v. SOLOMON et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Yetta Bernstein against Meyer Solomon, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 App. Div. 316, 125 N. Y. Supp. 225.

BEUGGER, Respondent, v. RUBINO, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Johannes A. Beugger against Henry A. Rubino, impleaded with others. E. W. Hatch, for appellant. N. B. Beecher, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 138 App. Div. 899, 123 N. Y. Supp. 377.

BINNS v. VITAGRAPH. CO. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by John R. Binns against the Vitagraph Company. No opinion.

Motion denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 786.

BODGER, Appellant, v. HERMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Elias Bodger against Rose Herman and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

BOLDT, Respondent, v. A. M. & W. H. WILES CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by John G. Boldt against the A. M. & W. H. Wiles Company. PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $20,000, in which event the judgment, as modified, and order, are affirmed, without costs.

THOMAS, J., votes for a reversal.

In re BOROUGH AND COUNTY OF QUEENS, IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 23, 1910.) In the matter of the application of the City of New York to acquire certain real estate at Bayside, in the Borough and County of Queens, in the City of New York, for purposes of water supply—Herman Crouze, appellant; City of New York, respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BRACHER, Respondent, v. LOZIER MOTOR CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Ida C. Bracher against the Lozier Motor Company of New York. M. W. Norman, for appellant. A. P. McKinstry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRAINARD, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by Warner Brainard against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs. See, also, 136 App. Div. 944, 121 N. Y. Supp. 1126.

BRILL v. MILLER et al. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Solomon Brill against Rudolph P. Miller and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 865.

BRISBANE v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by Arthur Brisbane against the Pennsylvania Railroad Company. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice. See, also, 125 N. Y. Supp. 1042.